B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Deborah Sue George**                                    Case No. __14B 10757__
                                    Debtor(s)                    Chapter  __7__

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __206__   Check one   ☐ With the filing of the petition, or
                        ☑ On or before __4-11-14__

$ __100__   on or before __4-25-14__

$ _____   on or before _____

$ _____   on or before _____

Total: $306

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date __4-1-14__                     J. Cx     *Jacqueline P. Cox*
                                    ──────────────────────────
                                    United States Bankruptcy Judge